# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON KARIMIAN, an individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>CMRE FINANCIAL SERVICES, INC., a California corporation; THE COLLECTION CONNECTION, a California corporation; FIDELITY CREDITORS SERVICES, a California corporation; MIDLAND FUNDING, LLC, a Delaware limited liability company; UNIQUE NATIONAL COLLECTION, an Indiana corporation;<br><br>    Defendants. | Case no. 2:12-cv-08359-SVW-CW<br><br>**Judgment** |

In accordance with this Court's Order dated May 14, 2013, **IT IS ORDERED, ADJUDGED AND DECREED** that:

  1)   Plaintiff Simon Karimian shall take nothing by his complaint against Defendant Midland Funding LLC;

  2)   Judgment is entered in favor of Defendant Midland Funding, LLC against

1  Plaintiff Simon Karimian's claims for violations of the Fair Credit Reporting Act
2  ("FCRA"), 15 U.S.C. § 1681 et seq. and the Fair Debt Collection Practices Act
3  ("FDCPA"), 15 U.S.C. § 1692 et seq.;
4       3)    Plaintiff Simon Karimian's claims for defamation by libel and for violations
5  of the Consumer Credit Reporting Agencies Act ("CCRAA"), Cal. Civ. Code § 1785.1 et
6  seq. and the Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act"), Cal. Civ.
7  Code § 1788 et seq. are dismissed without prejudice.

DATED:_May 21, 2013

_[signature]_

Hon. Stephen V. Wilson

United States District Court Judge